UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~Exhibit A~~

LEONIDAS CABRERA, PEDRO BENITEZ, SERGIO ALEJANDRO VEGA, JOSE QUINTUNA, PLACIDO VALDEZ GODINEZ, and BERNARDO SOSA, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

SAL 79 ASSOCIATES, INC. D/B/A COPPOLA'S WEST and SALVATORE COPPOLA, an individual,

*Defendants.*

*ORDER* **STIPULATION OF DISMISSAL WITH PREJUDICE** AP

1:17-cv-01154-AJP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/29/17

WHEREAS, Plaintiffs contend that Defendants did not compensate them properly under federal (FLSA) and state (NYLL) wage and hour laws;

WHEREAS, Defendants deny all allegations of wrongdoing made by Plaintiffs;

WHEREAS, the parties have resolved this matter in its entirety on November 18, 2017;

WHEREAS, the Court has approved the parties' resolution of this case without AP further litigation pursuant to the 2d Circuit's Cheeks rule.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

BY ECF

SO ORDERED: 11/29/17
Hon. Andrew Jay Peck
United States Magistrate Judge

By ECF: per Counsel

Dated: November 21, 2017

_____
Law Office of Michael K. Chong, Esq.
MKC Law Group
Attorneys for Defendants
1250 Broadway, 36th Floor, Suite 300
New York, New York 10001
(212) 726-1104

Dated: 11/28, 2017

_____
Roman Avshalumov, Esq.
James O'Donnel, Esq.
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Ph: 718.263.9591
Fax 718.263.9598

**SO ORDERED:**

_____   Date: _____
U.S.M.J.